**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ALSTON et al.,

<table>
<tr><td>Plaintiff,</td><td>**ORDER**</td></tr>
<tr><td>-against-</td><td>**25-CV-10386 (LAK) (JW)**</td></tr>
</table>

ICON PARKING SERVICES, LLC et al.,

Defendant.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On February 4, 2020, Plaintiff moved for default judgment in the above-captioned action.  Dkt. No. 16.  Plaintiff filed a declaration and a proposed default judgment in support but did not file a memorandum of law.  The Court directs Plaintiff to file, by **March 2, 2026**, a memorandum of law providing the legal basis on which to find that the Complaint's factual allegations, taken as true, establish Plaintiff's claims.

Plaintiffs are ordered to serve all Defendants with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **March 2, 2026** and file proof of service on the docket by **March 3, 2026**.

SO ORDERED.

DATED:   New York, New York
         February 5, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge